[Nos. 33579-4-II; 33909-9-II.   Division Two.   January 30, 2007.]

BISHOP OF VICTORIA CORPORATION SOLE, *Appellant*, v.
CORPORATE BUSINESS PARK, LLC, ET AL.,
*Respondents*.

JOSEPH C. FINLEY, *Appellant*, v. CORPORATE
BUSINESS PARK, LLC, ET AL.,
*Respondents*.

The opinion in the above captioned case, which appeared in the advance sheets at 137 Wn. App. 50-68, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated May 8, 2007 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 138 Wn. App. 443.